UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLALLAM COUNTY SHERIFF; ALEX SCHODOWSKI; DAVE NEUPERT; BRENT BASDEN; AURORA BEARSE,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-05340-TMC<br><br>ORDER ON REFERRAL NOTICE AND REVOKING IN FORMA PAUPERIS STATUS |

　　This matter comes before the Court on the August 12, 2024 Referral Notice from the Ninth Circuit Court of Appeals. On July 23, 2024, the Court dismissed this case pursuant to 28 U.S.C. § 1915(e)(2)(B). U.S. Magistrate Judge David W. Christel had previously granted pro se plaintiff Geneva Langworthy's motion to proceed in forma pauperis ("IFP"). Dkt. 3.

　　In the pending Referral Notice, the Ninth Circuit Court of Appeals referred this case to this Court for the limited purpose of determining whether Ms. Langworthy's in forma pauperis ("IFP") status "should continue for this appeal or whether the appeal is frivolous or taken in bad faith." Dkt. 21 (citing 28 U.S.C. § 1915(a)(3) and *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002)). The Court revokes Ms. Langworthy's IFP status on appeal, as her claims

ORDER ON REFERRAL NOTICE AND REVOKING IN FORMA PAUPERIS STATUS - 1

and her appeal are frivolous for the reasons explained in the Court's July 23, 2024 screening order. Dkt. 17.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 13th day of August, 2024.

_____
Tiffany M. Cartwright
United States District Judge